UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| STEVE VAN HORNE,<br><br>    Plaintiff,<br><br>v.<br><br>HARRIETT L. HAAG, et al.,<br><br>    Defendants. | No. 1:23-CV-240-H-BU |

### FINAL JUDGMENT

For the reasons stated in the Court's Order adopting the Magistrate Judge's findings, conclusions, and recommendation, Dkt. No. 15, it is hereby ORDERED, ADJUDGED, and DECREED that:

The plaintiff's claims against the defendants are dismissed with prejudice.

The plaintiff is warned that continued frivolous litigation may result in sanctions.

The Clerk of Court is directed to close the case.

So ordered on May 6, 2024.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE